UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11- 21792-CIV–ALTONAGA-SIMONTON

MENPER DISTRIBUTORS, INC.

Plaintiff

      vs.

GERMA PRODUCTS, INC., GERARDO
BARILLAS, BARILLAS HOLDINGS, LLC,
MAIDA E. CHAVECO, and JOHN DOES
ONE THROUGH FIVE,

Defendants.
_____/

## **JOINT STIPULATION FOR SETTLEMENT**

IT IS HEREBY stipulated and agreed by MENPER DISTRIBUTORS, INC.

("Plaintiff"), GERMA PRODUCTS, INC., GERARDO BARILLAS, BARILLAS

HOLDINGS, LLC, and MAIDA E. CHAVECO (collectively "Defendants"), together with

each and every one of their predecessors, successors, parents, affiliates, subsidiaries,

divisions, directors, officers, managers, employees and agents, whether present or

former; as follows:

WHEREAS, Plaintiff filed a complaint against Defendants alleging trademark

infringement, trade dress infringement, violation of Florida's Deceptive and Unfair Trade

Practices Act, common law unfair competition, cancellation of Defendant's trademark

and declaratory judgment of non-infringement of a mark; and

WHEREAS, Defendants filed a counterclaim against Plaintiff and a cross-claim

against other parties alleging trademark infringement, trade dress infringement, violation

Cruz & Ruz, PLLC
1560 Lenox Avenue, Suite 207, Miami Beach, FL 33139 • Telephone (305) 604-2051 • Facsimile (305) 604-2011

of Florida's Deceptive and Unfair Trade Practices Act and common law unfair competition; and

WHEREAS, all parties to the complaint and counterclaim have agreed to a settlement of this action and have entered into a private and confidential settlement agreement;

NOW, THEREFORE, the parties agree to the following terms and conditions as a full and complete settlement of this matter:

<u>TERMS OF SETTLEMENT</u>

1.      The parties shall comply with the terms of their settlement agreement, which shall remain confidential unless the parties are legally required to produce it.

2.      This action is dismissed with prejudice.

3.      Each party shall bear its or her own attorneys' fees and costs.

4.      This court shall retain jurisdiction to enforce the terms of this settlement.

Dated: November 10, 2011.

Respectfully submitted,

| | |
|---|---|
| **CRUZ & RUZ, PLLC** | **ALBERT BORDAS, P.A.** |
| 1560 Lenox Ave., Suite 207 | 5975 Sunset Dr. Ste. 607 |
| Miami Beach, Florida 33139 | Miami, Florida 331435174 |
| Telephone: 305.604.2051 | |
| Fax: 305.604.2011 | |
| Attorneys for Plaintiff and | Attorneys for Defendants and |
| Counter-Defendants | Counter-Plaintiffs |

| | |
|---|---|
| By:_/s/ Amaury Cruz, Esq. | By: /s/ Albert Bordas, Esq. |
| Florida Bar No. 898244 | Florida Bar No. 330220 |
| lex@lexarian.com | albert@bordasiplaw.com |

Cruz & Ruz, PLLC
1560 Lenox Avenue, Suite 207, Miami Beach, FL 33139 • Telephone (305) 604-2051 • Facsimile (305) 604-2011

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on November 10, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro-se parties identified in the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

<u>s/ *Amaury Cruz, Esq.*</u>

Respectfully submitted this 10th day of November, 2011

Respectfully submitted,

**CRUZ & RUZ, PLLC**
1560 Lenox Ave., Suite 207
Miami Beach, Florida 33139
Telephone: 305.604.2051
Fax: 305.604.2011


By: <u>/s/ Amaury Cruz</u>

3

Cruz & Ruz, PLLC
1560 Lenox Avenue, Suite 207, Miami Beach, FL 33139 • Telephone (305) 604-2051 • Facsimile (305) 604-2011

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 10th, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro-se parties identified in the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ *Amaury Cruz, Esq.*

## SERVICE LIST

Albert Bordas
Albert Bordas, P.A.
5975 Sunset Dr Ste 607
Miami, Florida 331435174
albert@bordasiplaw.com

Leonardo G. Renaud
Law Office of Leonardo G. Renaud, PA
8105 N.W. 155 St.
Miami Lakes, Florida 33016
leonardorenaud@aol.com

Amaury Cruz, Esq.
Cruz & Ruz, PLLC
1560 Lenox Ave., Suite 207
Miami Beach, FL 33139
lex@lexarian.com

Rick Ruz, Esq.
Cruz & Ruz, PLLC
1560 Lenox Ave., Suite 207
Miami Beach, FL 33139
rickruz@lexarian.com

Cruz & Ruz, PLLC
1560 Lenox Avenue, Suite 207, Miami Beach, FL 33139 • Telephone (305) 604-2051 • Facsimile (305) 604-2011